| PROB 37<br>(Rev. 7/71) | UNITED STATES DISTRICT COURT<br>FEDERAL PROBATION SYSTEM<br><br>**PERMISSION TO TRAVEL** | ADDRESS OF PROBATION OFFICE<br><br>U.S. PROBATION OFFICE<br>Horiguchi Building, Rm. 212<br>P.O. Box 687 CK<br>Saipan, MP 96950<br>Tel: (670) 236-2990<br>Fax: (670) 236-2992 |
|---|---|---|

Cheryl Reyes
USDC Cr. Cs. No. 05-00005-001
SS# XXX-XX-5500
DOB: X/XX/1974



DATE  December 2, 2005

YOU ARE AUTHORIZED TO TRAVEL TO    Guam

LEAVING    December 9, 2005    AND RETURNING    December 9, 2005

WITHIN 24 HOURS AFTER YOUR RETURN YOU WILL CONTACT THIS OFFICE.

PURPOSE OF THIS TRIP:

**Accompany mother for Christmas shopping.**

FILED
Clerk
District Court

DEC - 6 2005

For The Northern Mariana Islands
By_____
   (Deputy Clerk)

SPECIAL INSTRUCTIONS:    (INCLUDE REQUIREMENT OF CRIMINAL REGISTRATION ORDINANCES IN TRAVEL AREA. ALSO INCLUDE INSTRUCTIONS FOR REPORTING IN DESTINATION DISTRICT.)

1. You shall abide by your conditions of probation while in Guam;
2. You shall call your probation officer as soon as you are aware of the need to remain away from Guam for a longer period than authorized;
3. You shall call your probation officer if you change accommodations/location; and
4. You shall call your probation officer within 24 hours upon your return to Rota.

COPY MAILED TO CHIEF PROBATION OFFICER
IN DISTRICT OF DESTINATION:

NAME    N/A
ADDRESS  _____

_For_ John W. San Nicolas II
UNITED STATES PROBATION OFFICER

☒ APPROVED        ☐ DISAPPROVED

_Alex R. Munson_
HONORABLE ALEX R. MUNSON
CHIEF JUDGE
U.S. DISTRICT COURT OF THE N.M.I.

## UNITED STATES DISTRICT COURT
### DISTRICTS OF GUAM AND THE NORTHERN MARIANA ISLANDS
### PROBATION/PRETRIAL OFFICE

**FRANK MICHAEL CRUZ**
CHIEF PROBATION OFFICER

**Guam Office**
Second Floor, U.S. Courthouse
520 W. Soledad Avenue
Hagåtña, Guam  96910
Tel: (671) 473-9201
Fax: (671) 473-9202



**CNMI Office**
Horiguchi Bldg., Rm. 212
P.O. Box 687 CK
Saipan, MP  96950
Tel: (670) 236-2990
Fax: (670) 236-2992

December 2, 2005

Honorable Alex R. Munson
Chief Judge
U.S. District Court of the Northern Mariana Islands
Horiguchi Building, RM 212
Saipan, MP 96950

RE:   REYES, CHERYL Maratita
U.S.D.C. Cr. Cs. No.: 05-00005-001

**TRAVEL REQUEST INFORMATION**

Dear Judge Munson:

On May 24, 2005, Cheryl Maratita Reyes was sentenced by Your Honor for Conspiracy to Commit Bank Fraud, in violation of 18 U.S.C. §§ 371 & 1344(1).  She received five years probation with conditions that she not commit another federal, state, or local crime; not unlawfully possess a controlled substance; refrain from any unlawful use of a controlled substance and submit to one drug test within 15 days of release and at least two periodic drug tests thereafter for use of a controlled substance; submit to the collection of a DNA sample as directed by the probation officer; comply with the standard conditions of probation; serve six months of home confinement with electronic monitoring; prohibited from incurring new credit charges or opening additional lines of credit without approval of the probation officer unless the defendant is in compliance with the payment schedule; provide the probation officer access to any requested financial information; perform 300 hours of community service; pay a $100 special assessment fee; and pay restitution in the amount of $37,584.63.  Ms. Reyes has been on probation since May 24, 2005.

As of December 1, 2005, Ms. Reyes has satisfactorily complied with most of her conditions.  She completed her drug testing requirement on November 29, 2005 and submitted to DNA collection on June 10, 2005.  Ms. Reyes' home confinement term is

Travel Request Information
Re: REYES, Cheryl Maratita
USDC Cr. Cs. No. 05-00005-001
December 2, 2005
Page 2


pending the birth of her baby in February 2006. She paid her special assessment fee on May 25, 2005, and has paid a total of $1,415 toward her restitution obligation. Her balance as of November 15, 2005 remains at $36,169.63. In addition, she has performed thirteen hours of community service with the Rota Department of Public Safety.

    Ms. Reyes is requesting the Court's permission to travel to Guam on December 9, 2005 to accompany her mother to assist her with Christmas shopping. Her mother is paying for Ms. Reyes' airfare. She will return to Rota on the same day. This Officer supports this travel request and seeks Court approval.

Respectfully Submitted,

FRANK MICHAEL CRUZ
Chief U. S. Probation Officer

By: _____
JOHN W. SAN NICOLAS II
U. S. Probation Officer

Reviewed by:

_____
ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader

cc:   File

ATTN: John San Nicolas

```
ROPTRCO
.SMORMCO 280019
UZ2EZV  *FQ
  1. 1REYES/CHERYLMRS   2. 1MARATITA/ROSAMRS
  1 CO9596N 09DEC FR ROPGUM HK2    430A   500A
  2 CO9317N 09DEC FR GUMROP HK2    715P   745P
FONE-
1.ROPS329451*ASK FOR CHERYL*/B670
FARE QUOTE-AUTO PRICED  --  LA$R
1 - PSGR 1-2 ADT
USD130.00      AY2.50    XT22.36          TTL154.86
TOTAL FARE - USD309.72
TLT-700P/07DEC
RMKS-
1.16DECROP//PAX RQST TO PURCHASE TCKT ON THIS DATE..LYNN
2.01 REMARKS ADDED BY ROP PD JC 16NOV 0033Z D90C11


28NOV 0019 D90C11
H9D 842
```

GU/NMI - New Offender Orientation Packet Form 3
Rev. 02/02

# TRAVEL REQUEST FORM

Date: November 18, 2005
Name: Cheryl M. Reyes
Address: P.O. BOX 1088 ROTA, MP 96951

Phone No.: 670-532-9451/3 or 532-6974
Destination: GUAM
Departure Date: 12/9/05
Return Date: 12/9/05
Purpose of Trip: CHRISTMAS SHOPPING

Persons traveling with: ROSA C. MARATITA- MOTHER

**Accommodations will be verified:**
Name:
Address:
Phone Number: Area Code (  )

**Mode of Transportation:**
**Vehicle:**
  Make/Model: RENT A CAR ( BUDGET)
  Tag Number:
  Owner of Vehicle:

**Airline:**
  Name of Airline: CAPE AIR (CONTINENTAL)
  Departure flight no. and time: 9596 - 4:30 a.m.
  Return flight no. and time: 9317 - 7:30 p.m.

**Other Mode of Transportation:**

ATTN: John San Nicolas

GU/NMI - New Offender Orientation Packet Form 3
Rev. 02/02

# TRAVEL REQUEST FORM

Date: <u>November 18, 2005</u>
Name: <u>Cheryl M. Reyes</u>
Address: <u>P.O. BOX 1088 ROTA, MP 96951</u>

Phone No.: <u>670-532-9451/3 or 532-6974</u>
Destination: <u>GUAM</u>
Departure Date: <u>12/9/05</u>
Return Date: <u>12/9/05</u>
Purpose of Trip: <u>CHRISTMAS SHOPPING</u>

Persons traveling with: <u>ROSA C. MARATITA- MOTHER</u>

**Accommodations will be verified:**
Name:
Address:
Phone Number:   Area Code (     )

**Mode of Transportation:**
**Vehicle:**
    Make/Model: <u>RENT A CAR ( BUDGET)</u>
    Tag Number:
    Owner of Vehicle:

**Airline:**
    Name of Airline: <u>CAPE AIR (CONTINENTAL)</u>
    Departure flight no. and time: <u>9596 - 4:30 a.m.</u>
    Return flight no. and time: <u>9317 - 7:30 p.m.</u>

**Other Mode of Transportation:**