PROB 12A
(7/93)

F I L E D
Clerk
District Court

MAR 2 8 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

# United States District Court

for

*the Northern Mariana Islands*

### Report on Offender Under Supervision

Name of Offender:  **Cheryl Maratita Reyes**          Case Number: **CR 05-00005-001**

Name of Sentencing Judicial            Alex R. Munson

Date of Original Sentence:    May 24, 2005

Original Offense:   Conspiracy to Commit Bank Fraud, in violation of 18 U.S.C. §§ 371 and 1344.

Original Sentence:   Five years probation with conditions that she not commit another federal, state, or local crime; not unlawfully possess a controlled substance; refrain from any unlawful use of a controlled substance; submit to one drug test within 15 days of placement on probation and at least two periodic drug tests thereafter; cooperate in the collection of DNA; comply with the standard conditions of probation; serve 6 months home confinement; prohibited from incurring new credit charges or opening additional lines of credit; provide access to any requested financial information; perform 300 hours of community service; pay a $100 special assessment fee; and pay $37,584.63 in restitution.

Type of Supervision:  Probation          Date Supervision Commenced: May 24, 2005

### NONCOMPLIANCE SUMMARY

Violation Number | Nature of Noncompliance

1. Shall pay restitution in the amount of $37,584.63 at the rate of $200 per month.

Report on Offender
Under Supervision                                                                                    page 2

      On May 24, 2005, Cheryl Maratita Reyes was sentenced in the District Court of the Northern Mariana Islands for Conspiracy to Commit Bank Fraud, in violation of 18 U.S.C. §§ 371 and 1344. She received a five year term of probation with various conditions, to include that she pay $200 per month towards her restitution obligation.

      On January 9, 2006, Ms. Reyes' employment with the Rota Mayor's Office terminated due to a change in administration. In February 2006, she gave birth to her fifth child. Due to her period of unemployment and the birth of her baby, she was unable to make restitution payments as ordered in January and February 2006.

      Ms. Reyes completed her drug testing requirement on November 29, 2005, and complied with her DNA collection requirement on June 10, 2005. She will start serving her home confinement term in May 2006. She paid her $100 special assessment fee on May 25, 2005, and has complied with her restitution payment obligation with the exception as noted above. Her balance remains at $35,969.63. On February 13, 2006, she was rehired at the Rota Mayor's Office, and made a $100 restitution payment on March 3, 2006.

      This Officer respectfully requests that the Court take no action at this time. Ms. Reyes has been warned of the consequences of future violations and has started paying her restitution obligation as required. The Court will be kept informed of further noncompliance.

Reviewed by:                                                    Respectfully submitted,

_/s/_                                                   by: _/s/_
ROSSANNA VILLAGOMEZ-AGUON                                       JOHN W. SAN NICOLAS II

U.S. Probation Officer                                          U.S. Probation Officer
Supervision Unit Leader

Date: 3/27/06                                                   Date: 3/27/06

---

*No Response is necessary unless the court directs that additional action be taken as follows:*

☐ Submit a Request for Modifying the Condition of Term of Supervision

☐ Submit a Request for Warrant or Summons

☒ Other  _No action at this time._

_/s/_
Signature of Judicial Officer

_March 28, 2006_
Date