| PROB 37 (Rev. 7/71) | UNITED STATES DISTRICT COURT FEDERAL PROBATION SYSTEM<br><br>**PERMISSION TO TRAVEL** | ADDRESS OF PROBATION OFFICE<br><br>U.S. PROBATION OFFICE<br>Horiguchi Building, Rm. 212<br>P.O. Box 687 CK<br>Saipan, MP 96950<br>Tel: (670) 236-2990<br>Fax: (670) 236-2992 |
|---|---|---|

**Cheryl Reyes**
USDC Cr. Cs. No. 05-00005-001
SS# XXX-XX-5500
DOB: XX-XX-1974
HT: 5'4"  WT: 180lbs.



DATE  **December 8, 2006**

F I L E D
Clerk
District Court

DEC 1 1 2006

YOU ARE AUTHORIZED TO TRAVEL TO   **Guam**   For The Northern Mariana Islands
By _____ (Deputy Clerk)

LEAVING  **December 15, 2006**   AND RETURNING  **December 17, 2006**

WITHIN 24 HOURS AFTER YOUR RETURN YOU WILL CONTACT THIS OFFICE.

PURPOSE OF THIS TRIP:

**Obtain original/certified birth certificate for son at the Department of Public Health and Social Services, Mangilao, Guam, and for Christmas shopping.**

SPECIAL INSTRUCTIONS:   (INCLUDE REQUIREMENT OF CRIMINAL REGISTRATION ORDINANCES IN TRAVEL AREA. ALSO INCLUDE INSTRUCTIONS FOR REPORTING IN DESTINATION DISTRICT.)

1. You shall abide by your conditions of probation while in Guam;
2. You shall report in person to U.S. Probation Officer John W. San Nicolas II, on December 15, 2006 to return home confinement equipment;
3. You shall call your probation officer as soon as you are aware of the need to remain away from Guam for a longer period than authorized;
4. You shall call your probation officer if you change accommodations/location;
5. You shall call your probation officer within 24 hours upon your return to Rota.

COPY MAILED TO CHIEF PROBATION OFFICER
IN DISTRICT OF DESTINATION:

_/s/_ JOHN W. SAN NICOLAS II
UNITED STATES PROBATION OFFICER

☒ APPROVED   ☐ DISAPPROVED

_/s/_ HONORABLE ALEX R. MUNSON
CHIEF JUDGE
U.S. DISTRICT COURT OF THE N.M.I.

12-11-06

NAME   N/A
ADDRESS _____
_____

# UNITED STATES DISTRICT COURT
## DISTRICTS OF GUAM AND THE NORTHERN MARIANA ISLANDS
### PROBATION/PRETRIAL OFFICE

**FRANK MICHAEL CRUZ**
CHIEF PROBATION OFFICER



**Guam Office**
Second Floor, U.S. Courthouse
520 W. Soledad Avenue
Hagåtña, Guam 96910
Tel: (671) 473-9201
Fax: (671) 473-9202

**CNMI Office**
Horiguchi Bldg., Rm. 212
P.O. Box 687 CK
Saipan, MP 96950
Tel: (670) 236-2990
Fax: (670) 236-2992

December 8, 2006

Honorable Alex R. Munson
Chief Judge
U.S. District Court of the Northern Mariana Islands
Horiguchi Building, RM 212
Saipan, MP 96950

Re: **REYES, CHERYL Maratita**
U.S.D.C. Cr. Cs. No.: 05-00005-001

## TRAVEL REQUEST INFORMATION

Dear Judge Munson:

On May 24, 2005, Cheryl Maratita Reyes was sentenced by Your Honor for Conspiracy to Commit Bank Fraud, in violation of 18 U.S.C. §§ 371 & 1344. She received five years probation with conditions that she not commit another federal, state, or local crime; not unlawfully possess a controlled substance; refrain from any unlawful use of a controlled substance and submit to one drug test within 15 days of release and at least two periodic drug tests thereafter for use of a controlled substance; submit to the collection of a DNA sample as directed by the probation officer; comply with the standard conditions of probation; serve six months of home detention with electronic monitoring; is prohibited from incurring new credit charges or opening additional lines of credit without approval of the probation officer unless she is in compliance with the payment schedule; provide the probation officer access to any requested financial information; perform 300 hours of community service; pay a $100 special assessment fee; and pay restitution in the amount of $37,584.63, with monthly payments at $200 per month. Ms. Reyes has been on probation since May 24, 2005.

Travel Request Information
Re: REYES, Cheryl Maratita
USDC Cr. Cs. No. 05-00005-001
December 8, 2006
Page 2

As of December 5, 2006, Ms. Reyes has satisfactorily complied with most of her conditions. She completed her drug testing requirement on November 29, 2005, and submitted to DNA collection on June 10, 2005. Ms. Reyes' home detention term, which commenced on May 17, 2006, is set to terminate on December 10, 2006. She paid her special assessment fee on May 25, 2005, and has paid the $200 monthly payments ordered, which is a total of $2,615 toward her restitution obligation. Her balance remains at $34,769.63. In addition, she has performed thirty hours of community service with the Rota Department of Public Safety and the Rota Judicial Center.

Ms. Reyes is requesting the Court's permission to travel to Guam from December 15 to 17, 2006 to accompany her husband to obtain her son's original birth certificate from the Department of Public Health and Social Services, and for Christmas shopping for her family. In addition, on December 15, 2006, Ms. Reyes will return the electronic monitoring equipment used during her home detention term to the undersigned Officer. Her father in law is paying for the airfare and accommodations. On December 6, 2005, the Court authorized similar travel, and Ms. Reyes returned without incident. This Officer supports this travel request and seeks Court approval.

Respectfully Submitted,

FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

By: _____
JOHN W. SAN NICOLAS II
U. S. Probation Officer

Reviewed by:

_____
ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader

cc:    File