| PROB 37 (Rev. 7/71) | UNITED STATES DISTRICT COURT FEDERAL PROBATION SYSTEM<br><br>**PERMISSION TO TRAVEL** | ADDRESS OF PROBATION OFFICE<br><br>U.S. PROBATION OFFICE<br>Horiguchi Building, Rm. 212<br>P.O. Box 687 CK<br>Saipan, MP 96950<br>Tel: (670) 236-2990<br>Fax: (670) 236-2992 |
|---|---|---|

Cheryl Reyes
USDC Cr. Cs. No. 05-00005-001
SS# XXX-XX-5500
DOB: XX-XX-1974
HT: 5'4"  WT: 180lbs.



DATE    July 23, 2007

**FILED**
Clerk
District Court

JUL 2 3 2007

YOU ARE AUTHORIZED TO TRAVEL TO    Guam       For The Northern Mariana Islands
                                                By_____
                                                        (Deputy Clerk)
LEAVING    July 28, 2007    AND RETURNING    July 30, 2007

WITHIN 24 HOURS AFTER YOUR RETURN YOU WILL CONTACT THIS OFFICE.

PURPOSE OF THIS TRIP:

Attend grandmother's first anniversary rosary and for back to school shopping for children.

SPECIAL INSTRUCTIONS:    (INCLUDE REQUIREMENT OF CRIMINAL REGISTRATION ORDINANCES IN TRAVEL AREA. ALSO INCLUDE INSTRUCTIONS FOR REPORTING IN DESTINATION DISTRICT.)

1. You shall abide by your conditions of probation while in Guam;
2. You shall call your probation officer as soon as you are aware of the need to remain away from Guam for a longer period than authorized;
3. You shall call your probation officer if you change accommodations/location; and
4. You shall call your probation officer within 24 hours upon your return to Rota.

COPY MAILED TO CHIEF PROBATION OFFICER
IN DISTRICT OF DESTINATION:

_____
JOHN W. SAN NICOLAS II
UNITED STATES PROBATION OFFICER

NAME    N/A
ADDRESS _____

[X] APPROVED    [ ] DISAPPROVED

_____
HONORABLE ALEX R. MUNSON
CHIEF JUDGE
U.S. DISTRICT COURT OF THE N.M.I.

# UNITED STATES DISTRICT COURT
### DISTRICT OF GUAM
### PROBATION OFFICE



ROSSANNA VILLAGOMEZ-
AGUON
ACTING CHIEF U.S.
PROBATION OFFICER

**MAIN OFFICE**
2ND FLOOR, U.S. COURTHOUSE
520 WEST SOLEDAD AVENUE
HAGÅTÑA, GUAM 96910
TEL: (671) 473-9201
FAX: (671) 473-9202

**N.M.I. OFFICE**
HORIGUCHI BUILDING RM 4D
P.O. BOX 502089
SAIPAN, MP 96950
TEL: (670) 236-2991
FAX: (670) 236-2992

July 23, 2007

Honorable Alex R. Munson
Chief Judge
U.S. District Court of the Northern Mariana Islands
Horiguchi Building, RM 212
Saipan, MP 96950

        Re:    REYES, CHERYL Maratita
                 U.S.D.C. Cr. Cs. No.: 05-00005-001

### TRAVEL REQUEST INFORMATION

Dear Judge Munson:

    On May 24, 2005, Cheryl Maratita Reyes was sentenced by Your Honor for Conspiracy to Commit Bank Fraud, in violation of 18 U.S.C. §§ 371 & 1344. She received five years probation with conditions that she not commit another federal, state, or local crime; not unlawfully possess a controlled substance; refrain from any unlawful use of a controlled substance and submit to one drug test within 15 days of release and at least two periodic drug tests thereafter for use of a controlled substance; submit to the collection of a DNA sample as directed by the probation officer; comply with the standard conditions of probation; serve six months of home detention with electronic monitoring; is prohibited from incurring new credit charges or opening additional lines of credit without approval of the probation officer unless she is in compliance with the payment schedule; provide the probation officer access to any requested financial information; perform 300 hours of community service; pay a $100 special assessment fee; and pay restitution in the amount of $37,584.63, with monthly payments at $200 per month. Ms. Reyes has been on probation since May 24, 2005.

    As of July 23, 2007, Ms. Reyes has satisfactorily complied with most of her conditions. She completed her drug testing requirement on November 29, 2005, and submitted to DNA collection on June 10, 2005. Ms. Reyes completed her home detention term on December 10, 2006. Her home confinement fee balance remains at $360.76, with

Travel Request Information
Re: REYES, Cheryl Maratita
USDC Cr. Cs. No. 05-00005-001
July 23, 2007
Page 2

last payment on July 15, 2007. She paid her special assessment fee on May 25, 2005, and has paid a total of $4,440 toward her restitution obligation which are current. Her balance remains at $33,144.63. In addition, she has performed a total of 272 thirty hours of community service with the Rota Department of Public Safety and the Rota Judicial Center. Her balance remains at 28 hours.

Ms. Reyes is requesting the Court's permission to travel to Guam from July 28 to 30, 2007 to attend her grandmother's first anniversary rosary and for back to school shopping for her children. On December 6, 2005 and December 11, 2006, the Court authorized similar travel, and Ms. Reyes returned without incident. This Officer supports this travel request and seeks Court approval.

Respectfully Submitted,

ROSSANNA VILLAGOMEZ-AGUON
Acting Chief U. S. Probation Officer

By: _____
JOHN W. SAN NICOLAS II
U. S. Probation Officer

Reviewed by:

_____
CARMEN D. O'MALLAN
U.S. Probation Officer Specialist
Supervision Unit Leader

cc:   File