| PROB 37<br>(Rev. 7/71) | UNITED STATES DISTRICT COURT<br>FEDERAL PROBATION SYSTEM<br><br>**PERMISSION TO TRAVEL** | ADDRESS OF PROBATION OFFICE<br><br>U.S. PROBATION OFFICE<br>Horiguchi Building, Rm. 212<br>P.O. Box 687 CK<br>Saipan, MP 96950<br>Tel: (670) 236-2990<br>Fax: (670) 236-2992 |
|---|---|---|

**Cheryl Reyes**
USDC Cr. Cs. No. 05-00005-001
SS# XXX-XX-5500
DOB: XX-XX-1974
HT: 5'4"  WT: 180lbs.



DATE     December 11, 2007

F I L E D
Clerk
District Court

DEC 1 2 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

YOU ARE AUTHORIZED TO TRAVEL TO          **Guam**

LEAVING     **December 20, 2007**     AND RETURNING     **December 22, 2007**

WITHIN 24 HOURS AFTER YOUR RETURN YOU WILL CONTACT THIS OFFICE.

PURPOSE OF THIS TRIP:

**Christmas shopping**

SPECIAL INSTRUCTIONS:     (INCLUDE REQUIREMENT OF CRIMINAL REGISTRATION ORDINANCES IN TRAVEL AREA. ALSO INCLUDE INSTRUCTIONS FOR REPORTING IN DESTINATION DISTRICT.)

1.     **You shall abide by your conditions of probation while in Guam;**

2.     **You shall call your probation officer as soon as you are aware of the need to remain away from Rota for a longer period than authorized;**

3.     **You shall call your probation officer if you change accommodations/location;**

4.     **You shall call your probation officer within 24 hours upon your return to Rota.**

COPY MAILED TO CHIEF PROBATION
OFFICER IN DISTRICT OF DESTINATION:

**MELINDA N. BRUNSON**
UNITED STATES PROBATION OFFICER

NAME     Rossanna Villagomez-Aguon, CUSPO

ADDRESS     2nd Floor, U.S. Courthouse, 520 W. Soledad Ave.

Hagatna, Guam 96910

☒ APPROVED          ☐ DISAPPROVED

HONORABLE ALEX R. MUNSON
CHIEF JUDGE
U.S. DISTRICT COURT OF THE N.M.I.

**UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 05-00005-001 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **REQUEST TO TRAVEL** |
| vs. | ) | |
| | ) | |
| CHERYL MARATITA REYES, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

On May 24, 2005, Cheryl Maratita Reyes was sentenced by Your Honor to a five year term of probation for the offense of Conspiracy to Commit Bank Fraud, in violation of 18 U.S.C. §§ 371 & 1344. Probation conditions include that she not commit another federal, state, or local crime; not unlawfully possess a controlled substance; refrain from any unlawful use of a controlled substance and submit to one drug test within 15 days of release and at least two periodic drug tests thereafter for use of a controlled substance; submit to the collection of a DNA sample as directed by the probation officer; comply with the standard conditions of probation; serve six months of home detention with electronic monitoring; is prohibited from incurring new credit charges or opening additional lines of credit without approval of the probation officer unless she is in compliance with the payment schedule; provide the probation officer access to any requested financial information; perform 300 hours of community service; pay a $100 special assessment fee; and pay restitution in the amount of $37,584.63, with monthly payments at $200 per month. Ms. Reyes has been on probation since May 24, 2005.

Ms. Reyes is compliant with the terms of her probation. She paid her special assessment fee on May 25, 2005. She completed her drug testing requirement on November 29, 2005, and submitted to DNA collection on June 10, 2005. She completed her term of home detention on December 10, 2006. She completed her community service on August 1, 2007. Additionally, she continues to make $200 monthly payments toward her restitution obligation.

Travel Request Information
Re: REYES, Cheryl Maratita
Criminal Case No. 05-00005-001
December 11, 2007
Page 2


       Earlier this month, the Court approved a request by Ms. Reyes to travel to Guam from December 7 through 9, 2007 for Christmas shopping. Ms. Reyes was unable to make the trip because of an ill family member. On December 10, 2007, she submitted another request to travel from December 20 through 22, 2007 for the same purpose. In light of her compliance, this officer supports this travel request and seeks Court approval.


                                        Respectfully Submitted,

                                        ROSSANNA VILLAGOMEZ-AGUON
                                        Chief U. S. Probation Officer

By:                                
                                        MELINDA N. BRUNSON
                                        U. S. Probation Officer


Reviewed by:


GRACE D. FLORES
U.S. Probation Officer
Acting Supervision Unit Leader

cc:    File