| PROB 37<br>(Rev. 7/71) | UNITED STATES DISTRICT COURT<br>FEDERAL PROBATION SYSTEM<br><br>**PERMISSION TO TRAVEL** | ADDRESS OF PROBATION OFFICE<br><br>U.S. PROBATION OFFICE<br>Horiguchi Building, Rm. 4D<br>P.O. Box 502089 CK<br>Saipan, MP 96950<br>Tel: (670) 236-2989<br>Fax: (670) 236-2992 |
|---|---|---|



Cheryl M. Reyes
USDC Cr. Cs. No. 05-00005-001
SS# XXX-XX-5500
DOB: XX-XX-1974

DATE ____April 10, 2008____

F I L E D
Clerk
District Court

APR 1 4 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

YOU ARE AUTHORIZED TO TRAVEL TO ____Guam____

LEAVING ____April 17, 2008____ AND RETURNING ____April 21, 2008____

WITHIN 24 HOURS AFTER YOUR RETURN YOU WILL CONTACT THIS OFFICE.

PURPOSE OF THIS TRIP:

To act as a chaperon for the 18th Annual Youth-for-Youth Conference at the Hyatt Hotel.

SPECIAL INSTRUCTIONS:   (INCLUDE REQUIREMENT OF CRIMINAL REGISTRATION ORDINANCES IN TRAVEL AREA. ALSO INCLUDE INSTRUCTIONS FOR REPORTING IN DESTINATION DISTRICT.)

1.   You shall abide by your conditions of probation while in Guam;

2.   You shall call your probation officer as soon as you are aware of the need to remain away from Rota for a longer period than authorized;

3.   You shall call your probation officer if you change accommodations/location;

4.   You shall call your probation officer within 24 hours upon your return to Rota.

COPY MAILED TO CHIEF PROBATION OFFICER
IN DISTRICT OF DESTINATION:

NAME     Rossanna Villagomez-Aguon, CUSPO
ADDRESS  2nd Floor, U.S. Courthouse, 520 W. Soledad Ave.
         Hagatna, Guam 96910

MELINDA N. BRUNSON
UNITED STATES PROBATION OFFICER

☒ APPROVED     ☐ DISAPPROVED

HONORABLE ALEX R. MUNSON
CHIEF JUDGE
U.S. DISTRICT COURT OF THE N.M.I.

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>                         Plaintiff | ) <br> ) <br> ) | CRIMINAL CASE NO. 05-00005-001 |
| vs. | ) <br> ) | **REQUEST TO TRAVEL** |
| CHERYL M. REYES,<br>                         Defendant | ) <br> ) <br> ) | |

       On May 24, 2005, Cheryl Maratita Reyes was sentenced for the offense of Conspiracy to Commit Bank Fraud, in violation of 18 U.S.C. §§ 371 and 1344. She received five years probation with the following conditions: that she not commit another federal, state, or local crime; that she not unlawfully possess a controlled substance and refrain from any unlawful use of a controlled substance; that she submit to one drug test within 15 days of sentencing and at least two periodic drug tests thereafter; that she submit to the collection of a DNA sample as directed by the probation officer; that she comply with the standard conditions of probation; that she serve six months of home detention with electronic monitoring; that she is prohibited from incurring new credit charges or opening additional lines of credit without approval of the probation officer unless she is in compliance with the payment schedule; that she provide the probation officer access to any requested financial information; that she perform 300 hours of community service; that she pay a $100 special assessment fee; and that she pay restitution in the amount of $37,584.63, with monthly payments set at $200 per month. Ms. Reyes has been on probation since May 24, 2005.

       Ms. Reyes is compliant with the terms of her probation. She paid her special assessment fee on May 25, 2005, she completed her drug testing requirement on November 29, 2005, and submitted to DNA collection on June 10, 2005. She completed her term of home detention on December 10, 2006 and completed her community service on August 1, 2007. Additionally, Ms. Reyes continues to make $250 monthly payments toward her restitution obligation.

Request for Travel
Re: REYES, Cheryl M.
Page 2

      Ms. Reyes has requested permission to travel to Guam from April 17 to 21, 2008 to act as a chaperon for a group of Rota students attending the 18th Annual Youth-for-Youth Conference at the Hyatt Regency Hotel. The student's school, Eskuelan San Francisco De Borja, is funding the trip. In light of her compliance, this officer supports this travel request and seeks Court approval.

      RESPECTFULLY submitted this _11th_ day of April 2008.

Respectfully submitted,

ROSSANNA VILLAGOMEZ-AGUON
Chief U.S. Probation Officer

By: _____
MELINDA N. BRUNSON
U.S. Probation Officer

Reviewed by:

_____
CARMEN D. O'MALLAN
U.S. Probation Officer Specialist
Supervision Unit Leader

cc:    File