| PROB 37<br>(Rev. 7/71) | UNITED STATES DISTRICT COURT<br>FEDERAL PROBATION SYSTEM<br>**PERMISSION TO TRAVEL** | ADDRESS OF PROBATION OFFICE<br><br>U.S. PROBATION OFFICE<br>Horiguchi Building, Rm. 4D<br>P.O. Box 502089 CK<br>Saipan, MP 96950<br>Tel: (670) 236-2989<br>Fax: (670) 236-2992 |
|---|---|---|



Cheryl M. Reyes
USDC Cr. Cs. No. 05-00005-001
SS# XXX-XX-5500
DOB: XX-XX-1974

DATE  July 10, 2008

F I L E D
Clerk
District Court

JUL 1 0 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

YOU ARE AUTHORIZED TO TRAVEL TO   Guam

LEAVING   July 16, 2008   AND RETURNING   July 19, 2008

WITHIN 24 HOURS AFTER YOUR RETURN YOU WILL CONTACT THIS OFFICE.

PURPOSE OF THIS TRIP:
Back to school shopping.

SPECIAL INSTRUCTIONS:   (INCLUDE REQUIREMENT OF CRIMINAL REGISTRATION ORDINANCES IN TRAVEL AREA. ALSO INCLUDE INSTRUCTIONS FOR REPORTING IN DESTINATION DISTRICT.)

1. **You shall abide by your conditions of probation while in Guam;**

2. **You shall call your probation officer as soon as you are aware of the need to remain away from Rota for a longer period than authorized;**

3. **You shall call your probation officer if you change accommodations/location;**

4. **You shall call your probation officer within 24 hours upon your return to Rota.**

COPY MAILED TO CHIEF PROBATION OFFICER
IN DISTRICT OF DESTINATION:

NAME   Rossanna Villagomez-Aguon, CUSPO
ADDRESS   2nd Floor, U.S. Courthouse, 520 W. Soledad Ave.
Hagatna, Guam 96910

MELINDA N. BRUNSON
UNITED STATES PROBATION OFFICER

☒ APPROVED        ☐ DISAPPROVED

HONORABLE ALEX R. MUNSON
CHIEF JUDGE
U.S. DISTRICT COURT OF THE N.M.I.

F I L E D
Clerk
District Court

JUL 10 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>          Plaintiff | ) <br> ) <br> ) | CRIMINAL CASE NO. 05-00005-001 |
| vs. | ) <br> ) | **REQUEST TO TRAVEL** |
| CHERYL M. REYES,<br>          Defendant | ) <br> ) <br> ) | |

      On May 24, 2005, Cheryl Maratita Reyes was sentenced for the offense of Conspiracy to Commit Bank Fraud, in violation of 18 U.S.C. §§ 371 and 1344. She received five years probation with the following conditions: that she not commit another federal, state, or local crime; that she not unlawfully possess a controlled substance and refrain from any unlawful use of a controlled substance; that she submit to one drug test within 15 days of sentencing and at least two periodic drug tests thereafter; that she submit to the collection of a DNA sample as directed by the probation officer; that she comply with the standard conditions of probation; that she serve six months of home detention with electronic monitoring; that she is prohibited from incurring new credit charges or opening additional lines of credit without approval of the probation officer unless she is in compliance with the payment schedule; that she provide the probation officer access to any requested financial information; that she perform 300 hours of community service; that she pay a $100 special assessment fee; and that she pay restitution in the amount of $37,584.63, with monthly payments set at $200 per month. Ms. Reyes has been on probation since May 24, 2005.

      Ms. Reyes is compliant with the terms of her probation. She paid her special assessment fee on May 25, 2005. She completed her drug testing requirement on November 29, 2005 and submitted to DNA collection on June 10, 2005. She completed her term of home detention on December 10, 2006. She completed her community service on August 1, 2007. Additionally, she continues to make $250 monthly payments toward her restitution obligation.

Request to Travel
Re: REYES, Cheryl M.
Page 2

    Ms. Reyes has requested permission to travel to Guam from July 16 to 19, 2008 to shop for school supplies for her children. Her airline ticket will be purchased by her brother. In light of her compliance, this officer supports this travel request and seeks Court approval.

    RESPECTFULLY submitted this 10th day of July, 2008.

Respectfully submitted,

ROSSANNA VILLAGOMEZ-AGUON
Chief U.S. Probation Officer

By: _____
MELINDA N. BRUNSON
U.S. Probation Officer

Reviewed by:

_____
CARMEN D. O'MALLAN
U.S. Probation Officer Specialist
Supervision Unit Leader

cc: File